UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>BERKSHIRE BANK,<br><br>Defendant. | 2005 JAN 25 P 4: 05<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>CIVIL ACTION NO. 1:05-cv-10123-EFH |

## NOTICE OF APPEARANCE

Please enter the appearances of Alicia Alonso Matos as attorney for the Plaintiff, Savings Bank Employees Retirement Association in the above captioned matter.

SAVINGS BANKS EMPLOYEES
RETIREMENT ASSOCIATION,

By its attorneys,

*[signature]*

Arthur G. Telegen, BBO #494140
Alicia Alonso Matos, BBO #651154
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on Jan. 25, 2005

*[signature]*

Dated: January 25, 2005

FHBOSTON/1163871.1