UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -9  P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 05-10123-EFH |
| BERKSHIRE BANK, | ) ) ) |
| Defendant. | ) ) |

### MIDDLESEX SUPERIOR COURT SUMMONS WITH RETURN OF SERVICE

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 05-0020

...MIDDLESEX..., ss
[seal]

Savings Banks Employees
Retirement Association
............................................., Plaintiff(s)

v.

Berkshire Bank
............................................., Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Alicia Alonso Matos ............................................. plaintiff's attorney, whose address is Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210............................................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Cambridge ............................................. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Suzanne V. DelVecchio, Esquire, at Cambridge .............................................
the 5th day of January
............................................., in the year of our Lord 2005.

*[signature]*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001