UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -9  P 3: 16
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, ) ) ) Plaintiff, ) ) v. ) ) BERKSHIRE BANK, ) ) Defendant. ) | CIVIL ACTION NO. 05-10123-EFH |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Local Rule 7.3(A), Plaintiff Savings Banks Employees Retirement Association states that it is an association of member banks created pursuant to Mass. Gen. Laws ch. 168, §§ 39 - 41, has no corporate parent and has no stock owned by any publicly held company.

Respectfully submitted,

SAVINGS BANKS EMPLOYEES
RETIREMENT ASSOCIATION,

By its attorneys,

_____
Arthur G. Telegen, BBO #494140
Alicia Alonso Matos, BBO #351154
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: February 8, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy the within document was served upon the attorney of record for each party by mail/hand
Dated: _____

FHBOSTON/2386893.1